**Appeal dismissed and Memorandum Opinion filed January 24, 2023.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-22-00801-CR

---

**JESSE CHAVEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 182nd District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 1606246**

---

## M E M O R A N D U M   O P I N I O N

Appellant was convicted of aggravated sexual assault of a child under 14 years of age and sentenced to a twenty-year term of incarceration on August 10, 2022. Appellant has appealed from his judgment of conviction in cause number 14-22-00605-CR, which remains pending before this court. This appeal, however, is from an order denying appellant's motion for new trial, signed October 21, 2022. That order is not itself appealable. *See Hernandez v. State*, No. 03-11-00673-CR, 2012 WL 254606, at *2 (Tex. App.—Austin Jan. 25, 2012, no pet.) (mem. op., not

designated for publication) (collecting cases and acknowledging the court "ha[s] found no constitutional or statutory provision granting Texas courts of appeals jurisdiction over a trial court's post-judgment ruling denying a motion for new trial"). *Nguyen v. State*, No. 14-11-00545-CR, 2011 WL 2650737, at *1 (Tex. App.—Houston [14th Dist.] July 7, 2011, no pet.) (per curiam) (mem. op., not designated for publication) ("An appeal from the denial of a motion for new trial, separate and apart from an appeal from the conviction, is . . . improper.").

On December 20, 2022 the parties were notified that the court would consider dismissal of the appeal for want of jurisdiction unless appellant demonstrated that the court has jurisdiction. Appellant has filed no response.

Accordingly, this appeal is dismissed for lack of jurisdiction.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Bourliot and Wilson.

Do Not Publish — Tex. R. App. P. 47.2(b).